E-FILED
Wednesday, 08 February, 2006   12:53:09 PM
Clerk, U.S. District Court, ILCD

February 6, 2006

To: Clerk of the U.S District Court
600 East Monroe St.
Springfield, IL 62701

From: Thomas Rice, B-29636
Big Muddy River CC
P.O. Box 900 INA, IL.

RE: Docketing Statement Request,
Rice v. Bryant / 04-3019

Dear Clerk,

I am writing in order to request a copy of the Court's docket in the above-entitled matter. I am in need of the docket in order to clear up some confusion that I am experiencing.

I have in my possession 4 Orders issued by the Court. On January 27, 2004 the Court ordered the respondent to file a response to my petition "on or before April 1, 2004". On March 31, 2004 the respondent requested an extension of time. On May 11, 2004 the Court ordered the

(1 of 2)

respondent to submit the state court record of my trial and post-trial proceeding (735 ILCS 5/2-1401). Then, on 7-2-04, the respondent filed a "Rule 5 Letters" indicating that they were seeking to add "the trial Court record" "(13 of 13)".

My Problem is I have never received an initial response from the respondent, nor have I received any Correspondence from the respondent or the Court since 7-2-04. I did notice that the respondent has an inaccurate inmate number assigned to me, and this may account for my receiving no further notices and no initial answer to my Petition. Therefore, I respectfully request that you provide me with the respondent's 'brief' (if they filed one) and with a copy of the Court's docket so that I may file additional pleadings.

I look forward to hearing from you as soon as possible. Thank you for your attention to this matter.

Respectfully
Thomas Rice

(2 of 2)