IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 04-3019 |
| STEPHEN BRYANT, Warden, | ) ) | The Honorable Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

**MOTION TO SUBSTITUTE GREGORY LAMBERT
AS PROPER PARTY RESPONDENT**

NOW COMES Respondent, by and through his attorney, Lisa Madigan, Illinois Attorney General, and files his Motion to Substitute Gregory Lambert as Proper Party Respondent, pursuant to Rule 2(a) of the Rules Governing Section 2254 cases in the United States District Courts.

An affidavit in support of this motion is attached hereto.

    Respectfully submitted,
    LISA MADIGAN
    Attorney General of Illinois

BY: s/ Mary A. Fleming
    MARY A. FLEMING
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601
    Phone: (312) 814-3692
    E-mail: mfleming@atg.state.il.us
    FAX: (312) 814-2253
    Atty Reg: 6242892

| | |
|---|---|
| State of Illinois | ) |
| | ) SS. |
| County of Cook | ) |

## AFFIDAVIT

MARY A. FLEMING, being first duly sworn upon oath, deposes and states as follows:

1. That this cause concerns a petition for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254;

2. That I am the Assistant Illinois Attorney General assigned to represent the Proper Party Respondent in this matter;

3. That Petitioner is currently incarcerated at the Big Muddy River Correctional Center;

4. That the Warden of the Big Muddy River Correctional Center is Gregory Lambert;

5. That, Gregory Lambert is the only proper party Respondent in this matter. *See* Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts; Fed. R. Civ. P. 25(d)(1); Rumsfeld v. Padilla, 542 U.S. 426, 124 S.Ct. 2711, 2718 (2004) (*citing* Hogan v. Hanks, 97 F.3d 189, 190 (7th Cir. 1996));

6. That Respondent respectfully requests that this Honorable Court grant his Motion to Substitute Gregory Lambert as Proper Party Respondent.

FURTHER AFFIANT SAYETH NOT.

    s/ Mary A. Fleming.
    MARY A. FLEMING
    Attorney for the Respondent

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel.** <br> **THOMAS RICE,** | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| vs. | ) <br> ) | No. 04-3019 |
| **STEPHEN BRYANT, Warden,** | ) <br> ) | The Honorable <br> Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed respondent's MOTION TO SUBSTITUTE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: (not applicable). I hereby certify that on March 2, 2006, I mailed by United States Postal Service, the above referenced Filing and a Notice to the following non-registered participant:

Thomas Rice B-29636
Big Muddy River Correctional Center
251 N. Illinois Highway 37
PO Box 900
Ina, IL 62846

                    Respectfully submitted,
                    LISA MADIGAN
                    Attorney General of Illinois

        BY: s/ Mary A. Fleming
              MARY A. FLEMING
              100 West Randolph Street, 12th Floor
              Chicago, Illinois 60601
              Phone: (312) 814-3692
              E-mail: mfleming@atg.state.il.us
              FAX: (312) 814-2253
              Atty Reg: 6242892