E-FILED
Thursday, 02 March, 2006   10:11:20 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 04-3019 |
| STEPHEN BRYANT, Warden, | ) ) | The Honorable Jeanne E. Scott, |
| Respondent. | ) ) | Judge Presiding. |

## TO THE CLERK OF THE DISTRICT COURT

Pursuant to Rule 5, 28 U.S.C. sect. 2254, the below-named supplemental Exhibits are being filed in the case of <u>U.S.A. ex rel. Thomas Rice v. Stephen Bryant</u>, 04-3019:

Exhibit I: Brief and Argument for Plaintiff-Appellee (4-96-0297);

Exhibit J: Brief and Argument for Plaintiff-Appellee (4-99-0599 and 4-00-1075).

                Respectfully submitted,
                LISA MADIGAN
                Attorney General of Illinois

BY: <u>s/ Mary A. Fleming</u>
     MARY A. FLEMING
     100 West Randolph Street, 12th Floor
     Chicago, Illinois 60601
     Phone: (312) 814-3692
     E-mail: mfleming@atg.state.il.us
     FAX: (312) 814-2253
     Atty Reg: 6242892

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 04-3019 |
| STEPHEN BRYANT, Warden, | ) ) | The Honorable Jeanne E. Scott, |
| Respondent. | ) ) | Judge Presiding. |

---

I hereby certify that on March 2, 2006, I electronically filed this Rule 5 Letter with the Clerk using the CM/ECF system, and sent notice via U.S. mail to the following non-CM/ECF participant:

Thomas Rice
B-29636
Big Muddy River Correctional Center
251 N. Illinois Highway 37
PO Box 900
Ina, IL 62846

                                                                    s/ Mary A. Fleming
                                                                     Mary A. Fleming
                                                                       Assistant Attorney General
                                                                       100 West Randolph Street
                                                                       12th Floor
                                                                       Chicago, Illinois 60601
                                                                       (312) 814-3692
                                                                       FAX: (312) 814-2253
                                                                       E-mail: mfleming@atg.state.il.us
                                                                       Att.Reg.No. 6242892