IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel ) THOMAS RICE, ) | No. 04-3019 |
| Petitioner ) | The Honorable |
| vs. ) | Jeanne E. Scott Judge Presiding |
| STEPHEN C BRYANT Warden ) | |
| Respondent ) | |

## MOTION FOR EXTENSION OF TIME

Now comes the petitioner Thomas A Rice and respectfully request a thrty day extension of time to file a response to the state motion due to the institution lock down, and request the thirty day ext from march 3. 2006 in which to respond to state

Respectfully submitted.
Thomas A. Rice
Thomas A Rice B29636
PO  Box 900
INA  Illinios 62846

Signed before me this 28th day of Feb., 2006

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008