AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 31 October, 2006  04:21:23 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**THOMAS RICE**

  vs.  Case Number:  **04-3019**

**GREGORY LAMBERT**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott: Petitioner's Motion for Writ of Habeas Corpus is denied.  Case closed.--------------------------------------------

ENTER this 31st day of October, 2006

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK