E-FILED
Thursday, 07 December, 2006 03:23:35 PM
Clerk, U.S. District Court, ILCD

Central District of Illinois
   Office of the Clerk
U.S District Court

Case Number: 3:04-CV-3019

December 1, 2006

Dear Mr. Waters, Clerk

I am writing you concerning my case. I recently wrote you on November 26, 2006 requesting the status on my petition. I received a docket report on November 30, 2006 showing on page 5 my petition was denied on October 31, 2006. I missed the 30 day time period to appeal the court's decision because I wasn't informed I was denied until after I wrote requesting the status. I would like to appeal the courts decision and I am asking to be allowed to proceed in my litigation. I should not be barred by the 30 day time frame to appeal because I was never notified until Nov 30, 2006.

I'm thanking you in advance for your time and consideration.

Sincerely,
Thomas Rice

Thomas Rice # B29636
2-C-34
PO Box 900
INA, IL 62846

FILED
DEC 06 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS