IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, Petitioner, | ) ) ) ) | No. 04-3019 |
| vs. | ) ) ) ) | The Honorable Jeanne E. Scott, Judge Presiding. |
| Roy BRADFORD Respondent. | ) ) | |

## REPLY & MOTION TO PROCEED WITH NOTICE OF APPEAL OR REOPEN TIME TO FILE NOTICE OF APPEAL

Now comes the petitioner, Thomas Rice, Pro se, and respectfully presents the instant Reply and Motion. In support of the petitioner's request, the following is stated:

1) On November 26, 2006, I mailed a letter of inquiry to the clerk of the U.S. Central District Court. The purpose of the letter was to request a copy of my 'reply to the respondent's Answer', and to be updated concerning the status of my case.

2) Shortly after my letter to the clerk, I received a copy of the Court's docket. It indicated that on 10-31-06 an opinion was entered denying my request for writ of habeas Corpus, and a judgment in favor of the respondent was issued.

1

3) No copy of the Court's opinion was forwarded or received by the petitioner. Therefore, it was not possible for the petitioner to file an appeal (timely or otherwise). Only after the petitioner sought from the Court a status report did petitioner become aware of the Judgment entered.

4) The petitioner needs to be provided a copy of the Court's Judgment and adequate time to prepare an appeal.

Wherefore, because the petitioner was not notified that a final Judgment had been entered, and has never received a copy of that Judgment, the petitioner request the following:

a) A copy of the Court's Judgment disposing of the case,

b) That the Court reopen the time allowing for the petitioner to file his appeal, or

c) That the Court proceed as if notice of appeal was filed but delay ruling on whether COA should issue until petitioner receives & reviews Court's Judgment, and prepares adequate request for COA.

Thomas Rice
Thomas Rice B29635
4 B-31
P.O. Box 900
Ina, IL 62846

2

TO: Mary A. Fleming
Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, IL 60601

NOTICE OF FILING
+
CERTIFICATE OF SERVICE

Please take notice that on January 13, 2007, I mailed a copy of my Reply & Motion to the clerk of the U.S. Central District Court.

I hereby certify that on January 13, 2007, I mailed a copy of the Reply & Motion to the Court and the party named above by placing said documents in the U.S. mailbox located at the Big Muddy River Correctional Center. I also swear that all information contained therein is true to the best of my knowledge.

Thomas Rice
Thomas Rice
B29635
P.O. Box 900
Ina, IL 62846