IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THOMAS RICE, <br>     Petitioner, <br><br> v. <br><br> GREGORY LAMBERT, (now Roy Bradford) <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> )    No. 04-3019 <br> ) <br> ) <br> ) |

<u>PROOF OF SERVICE</u>

**FILED**

FEB 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Mary A. Fleming
Assistant Attorney General
12th floor
100 W. Randolph St.
Chicago, IL 60601

Please take notice that on February 4, 2007 I mailed a copy of the accompanying docketing statement to the U.S. Central District Court; by placing said document in the U.S. mailbox located at the Big Muddy River C.C.

(28 USC 1746, 18 USC 1621)

*Thomas Rice*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THOMAS RICE,<br>    Petitioner,<br><br>v.<br><br>GREGORY LAMBERT, (now Roy Bradford)<br>    Respondent. | No. 04-3019 |

PETITIONER'S DOCKETING STATEMENT

Parties:  Thomas Rice, Petitioner          Mary A. Fleming,
          B29636                           Assistant Attorney General
          P.O. Box 900                     12th Floor
          Big Muddy River CC               100 W. Randolph St.
          Ina, IL 62846                    Chicago, IL 60601

1) On 1-20-2004, the Court filed the petitioner's request for writ of habeas corpus.

2) On 5-11-2004, the Court ordered the respondent to submit the state court record of both the petitioner's trial and post-trial proceeding under 735 ILCS 5/2-1401.

3) On 2-9-06, the Court granted petitioner until March 3, 2006 to file a reply to the defendant's response.

4) On 4-01-2006, after the granting of an extension of time, the petitioner filed his reply to the respondent's answer.

5) On 1-31-06, an opinion denying petitioner's writ of habeas corpus was entered.

6) On January 30, 2007, the Court reopened the time to file an appeal in this cause.

7)  The issues raised are as follows:
    The Appellate Court erred in upholding the trial court's decision to allow Granderson's prior testimony to be used at the second trial, and

    the Circuit Court abused its discretion by denying Rice's request for a new trial based on evidence that Granderson had given perjured testimony at the first trial.

*Thomas Rice*
Thomas Rice
B29636
P.O. Box 900
Ina, IL 62846