E-FILED
Monday, 19 March, 2007   12:23:44 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ERIC FROST

RE: Rice  v. Lambert
D. C. Docket No. 04-3019
U. S. C. A. Docket No.  07-1583

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

3  Volumes of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:___s/Christy Taylor_____
        Deputy Clerk

rice.tran.wpd

33, APPEAL, CLOSED, HABEAS

# U.S. District Court
# United States District Court for the Central District of Illinois (Springfield)
# CIVIL DOCKET FOR CASE #: 3:04-cv-03019-JES
# Internal Use Only

Rice v. Bryant  
Assigned to: Judge Jeanne E. Scott  
Demand: $0  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/20/2004  
Date Terminated: 10/31/2006  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Thomas Rice**   represented by   **Thomas Rice**  
B-29636  
BMRCC  
Big Muddy River Correctional Center  
PO Box 900  
Ina, IL 62846  
618-437-5300  
PRO SE

V.

**Defendant**

**Gregory Lambert**

**Respondent**

**Steven C Bryant**  
*TERMINATED: 04/19/2006*

represented by   **Mary A Fleming**  
ILLINOIS ATTORNEY GENERAL  
12th Floor  
100 W Randolph St  
Chicago, IL 60601  
312-814-2391  
Fax: 312-814-2253  
Email: mfleming@atg.state.il.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2004 | 1 | FILING FEE PAID on 1/20/04 in the amount of $ 5.00 receipt # S004416. (CT, ilcd) (Entered: 01/20/2004) |
| 01/20/2004 | 2 | PETITION FOR WRIT OF HABEAS CORPUS (CT, ilcd) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                        |
|------------|----|----|
|            |    | 01/20/2004)                                                                                                                                                                                                                                                                                                             |
| 01/20/2004 | 3  | MEMORANDUM IN SUPPORT of habeas corpus petition [2-1] by petitioner Thomas Rice (CT, ilcd) (Entered: 01/20/2004)                                                                                                                                                                                                          |
| 01/20/2004 | 4  | MOTION by petitioner Thomas Rice for appointment of counsel (CT, ilcd) (Entered: 01/20/2004)                                                                                                                                                                                                                             |
| 01/27/2004 | 5  | ORDER by Judge Jeanne E. Scott: The Petitioner's Application to Proceed in Forma Pauperis is denied as moot. His Motion for appointment of Counsel [4-1] is denied at this time. (cc: all counsel) (CT, ilcd) (Entered: 01/27/2004)                                                                                       |
| 01/27/2004 | 6  | ORDER by Judge Jeanne E. Scott: The Attorney General for the State of Illinois is ordered to file or before April 1, 2004, an answer pursuant to Rule 5 of the Rules Governing 28 USC 2254 Cases to Petitioner's petition for a Writ of Habeas Corpus. (cc: all counsel) (CT, ilcd) (Entered: 01/27/2004)                |
| 03/31/2004 | 7  | ATTORNEY APPEARANCE for respondent Steven C Bryant - Assistant Attorney General Mary A. Fleming with Notice of Filing. (CT, ilcd) Modified on 03/31/2004 (Entered: 03/31/2004)                                                                                                                                           |
| 03/31/2004 | 8  | MOTION by respondent Steven C Bryant to extend time to and including May 6, 2004. (CT, ilcd) (Entered: 04/06/2004)                                                                                                                                                                                                       |
| 03/31/2004 | 9  | NOTICE by respondent Steven C Bryant of filing Motion for Extension of Time (CT, ilcd) (Entered: 04/06/2004)                                                                                                                                                                                                             |
| 04/06/2004 |    | ENDORSED ORDER on its face by Judge Jeanne E. Scott granting motion to extend time to and including May 6, 2004. [8-1] (cc: all counsel). (CT, ilcd) (Entered: 04/07/2004)                                                                                                                                              |
| 05/10/2004 | 10 | RESPONSE by respondent Steven C Bryant [2-1] to petitioner's 2254 petition. (AJ, ilcd) (Entered: 05/10/2004)                                                                                                                                                                                                             |
| 05/10/2004 | 11 | NOTICE of filing response to 2254 petition by respondent Steven C Bryant (AJ, ilcd) (Entered: 05/10/2004)                                                                                                                                                                                                                |
| 05/10/2004 | 12 | EXHIBITS in support of response by respondent [10-1] (AJ, ilcd) (Entered: 05/10/2004)                                                                                                                                                                                                                                    |
| 05/11/2004 |    | MINUTE-ENTRY by Judge Jeanne E. Scott: Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, this Court orders the Respondent to submit to this Court the state court record of both the Petitioner's trial and his post trial proceeding under 735 ILCS 5/2-1401 (cc: all counsel) (MAS, ilcd) (Entered: 05/11/2004) |
| 05/13/2004 | 13 | MOTION by petitioner for appointment of counsel (CC, ilcd) (Entered: 05/14/2004)                                                                                                                                                                                                                                         |
| 05/13/2004 | 14 | NOTICE of filing and proof of service of motion for appointment of counsel by petitioner (CC, ilcd) (Entered: 05/14/2004)                                                                                                                                                                                                |
| 05/19/2004 | 15 | ORDER by Judge Jeanne E. Scott denying motion for appointment of                                                                                                                                                                                                                                                         |

| | | |
|---|---|---|
| | | counsel [13-1] (cc: all counsel) (CT, ilcd) (Entered: 05/19/2004) |
| 06/04/2004 | 16 | NOTICE by petitioner Thomas Rice of change of address to Big Muddy River Corr Ctr, PO Box 900, Ina, IL 62846 (MR, ilcd) (Entered: 06/07/2004) |
| 07/06/2004 | 17 | NOTICE of Filing Rule 5 Letters by Steven C Bryant (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 18 | EXHIBIT I (Trial Court Record in People v Rice 95 CF 573, in the circuit court of Sangamon County)(1 of 13) by Steven C Bryant. (CT, ilcd) Modified on 7/6/2004 (CT, ilcd). (Entered: 07/06/2004) |
| 07/06/2004 | 19 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(2 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 20 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(3 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 21 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(4 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 22 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(5 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 23 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(6 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 24 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(7 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 25 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(8 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 26 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(9 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 27 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(10 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 28 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(11 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 29 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(12 of 13) by Steven C Bryant. |

| | | |
|---|---|---|
| | | (CT, ilcd) (Entered: 07/06/2004) |
| 07/06/2004 | 30 | EXHIBIT I (Trial Court record in People v. Thomas Rice, 95 CF 573, in the circuit court of Sangamon County)(13 of 13) by Steven C Bryant. (CT, ilcd) (Entered: 07/06/2004) |
| 02/08/2006 | 31 | Letter from Petitioner, Thomas Rice re: Status of Case. (CT, ilcd) (Entered: 02/08/2006) |
| 02/09/2006 | | TEXT ORDER: The Court is in receipt of a Letter (d/e 31) from Petitioner Thomas Rice. Rice requests a copy of the docket sheet for this case and further states that he has not received a copy of Respondent's Response to his Petition. The Court notes that, regrettably, when this District switched to electronic case filing in the fall of 2004, Rice?s pending Petition was not properly converted, causing the case to lapse. The Court directs the Clerk to send Rice a copy of the docket and a copy of the Response (d/e 10). Rice is granted until March 3, 2006 to file a reply to the Response. After that time, the Court will rule on the matter forthwith. Entered by Judge Jeanne E. Scott on 2/9/2006. (cc: all counsel, pro se Petitioner)(CT, ilcd) (Entered: 02/09/2006) |
| 03/02/2006 | 32 | MOTION to Substitute Party, Stephen Bryant to be replaced by Gregory Lambert, by Respondent Steven C Bryant. Responses due by 3/16/2006 (Fleming, Mary) (Entered: 03/02/2006) |
| 03/02/2006 | 33 | Appellate Court Briefs Record Received.. (Attachments: # 1 Exhibit I# 2 Exhibit J)(Fleming, Mary) (Entered: 03/02/2006) |
| 03/03/2006 | 34 | MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Substitute Party, Stephen Bryant to be replaced by Gregory Lambert, by Petitioner Thomas Rice. Responses due by 3/17/2006 (CT, ilcd) (Entered: 03/06/2006) |
| 03/09/2006 | | TEXT ORDER: Petitioner's Motion for Extension of Time (d/e 34) is ALLOWED. Petitioner is allowed leave to file a response to Respondent's Motion to Substitute (d/e 32) on or before April 3, 2006. Entered by Judge Jeanne E. Scott on 3/9/2006. (cc: all counsel, pro se Petitioner) (CT, ilcd) (Entered: 03/09/2006) |
| 04/06/2006 | 35 | Response Reply to Respondent's Answer by Thomas Rice. (CT, ilcd) (Entered: 04/07/2006) |
| 04/19/2006 | | TEXT ORDER: This matter is before the Court on a Motion to Substitute Party (d/e 32) filed by Stephen Bryant. Petitioner has not filed any objection to the substitution, and the Court deems it to be proper. The Motion to Substitute Party (d/e 32) is ALLOWED. The Clerk is directed to substitute Gregory Lambert for Stephen Bryant. Entered by Judge Jeanne E. Scott on 4/19/2006. (cc: all counsel, pro se Petitioner) (CT, ilcd) (Entered: 04/19/2006) |
| 10/31/2006 | 36 | OPINION denying Petitioner's Writ of Habeas Corpus. Entered by Judge Jeanne E. Scott on 10/31/2006. (CT, ilcd) (Entered: 10/31/2006) |
| 10/31/2006 | 37 | JUDGMENT in favor of Steven C Bryant against Thomas Rice (CT, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 10/31/2006) |
| 12/07/2006 | 38 | MOTION for Leave to Appeal by Petitioner Thomas Rice. Responses due by 12/21/2006 (BH, ilcd) (Entered: 12/07/2006) |
| 12/21/2006 | 39 | RESPONSE to Motion re 38 MOTION for Leave to Appeal filed by Defendant Gregory Lambert. (Fleming, Mary) (Entered: 12/21/2006) |
| 01/17/2007 | 40 | MOTION to Proceed with Notice of Appeal or Reopen Time to File Notice of Appeal by Petitioner Thomas Rice. Responses due by 1/31/2007 (CT, ilcd) (Entered: 01/17/2007) |
| 01/30/2007 | 41 | OPINION re 36 extending appeal time. Entered by Judge Jeanne E. Scott on 1/30/2007. (CT, ilcd) (Entered: 01/30/2007) |
| 01/30/2007 | 42 | NOTICE OF APPEAL as to 36 Order, 37 Judgment by Thomas Rice. (CT, ilcd) (Entered: 01/31/2007) |
| 01/31/2007 | 43 | Short Record of Appeal Sent to US Court of Appeals re 42 Notice of Appeal (CT, ilcd) (Entered: 01/31/2007) |
| 02/06/2007 | 44 | JURISDICTIONAL STATEMENT by Thomas Rice re 42 Notice of Appeal (CT, ilcd) (Entered: 02/07/2007) |
| 03/15/2007 | | TEXT ORDER: This matter comes before the Court on Petitioner Thomas Rice's Docketing Statement (d/e 44), which the Court will also treat as a Motion for a Certificate of Appealability pursuant to 28 U.S.C. section 2253(c). Petitioner is entitled to a Certificate of Appealability if he makes a substantial showing of a violation of his constitutional rights. 28 U.S.C. 2253(c); Fed. R. App. P. 22(b). This means that Petitioner Rice must show that a reasonable jurist would find his constitutional claims that he wishes to raise on appeal to be debatable. Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). After a review of the Opinion entered October 31, 2006 (d/e 36), the Court finds that a reasonable jurist would not find any of the rulings on Petitioner's constitutional claims to be debatable. THEREFORE, Petitioner's request for a Certificate of Appealability is DENIED. The Clerk is directed to forward a copy of Petitioner's Docketing Statement to the Seventh Circuit. Entered by Judge Jeanne E. Scott on 3/15/2006. (CT, ilcd) (Entered: 03/15/2007) |