E-FILED
Monday, 19 March, 2007 03:24:41 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

FILED
MAR 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### FEE NOTICE and ORDER

**Date: March 15, 2007**
**Re:** Rice, Thomas v. Lambert, Gregory

Appeal No.: 07-1583

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 3019, Jeanne E. Scott, Judge

To:    Thomas Rice
       BIG MUDDY RIVER CORRECTIONAL CENTER
       #B-29636
       P.O. Box 900
       State Route 37
       Ina, IL  62846

Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on 3/15/07. The District Court has indicated that as of 1/30/07 the docket fee has not been paid. Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.** The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the 6 month period preceding the filing of the notice of appeal, **if you have not already done so.** An original and three copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/1/98), listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

**IT IS ORDERED** that all other proceedings in this appeal

are **SUSPENDED** pending the decision by this court as to whether
to issue a certificate of appealability.  The court will take no
further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not
related to petitioner's request for a certificate of appealability.
Appellee is under no obligation either to file a brief or to
respond to any such motion filed by appellant.  Any motion not
related to petitioner's request for a certificate of appealability
will be deemed denied without further court action.


(1260-032900)
bcc:   John M. Waters