AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

THOMAS RICE

_____

v.   Case No. _____

ROY BRADFORD, WARDEN

) Appeal from the United States District Court for
) CENTRAL       District of ILLINOIS
)
) District Court No. 04-3019
)
) District Court Judge Jeanne E. Scott
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: *Thomas Rice*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: May 11, 2007

My issues on appeal are:




1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 50 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 50 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| I have been incarcerated ever since | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A <br> Model: <br> Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A <br> Model: <br> Registration # | N/A | N/A |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  [ ] Yes [ ] No<br>Is property insurance included? [ ] Yes [ ] No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments)<br>Homeowner's or renter's | $ 0 | $ 0 |

3

| | | | |
|---|---|---|---|
| Life | | $ 0 | $ 0 |
| Health | | $ 0 | $ 0 |
| Motor vehicle | | $ 0 | $ 0 |
| Other: | N/A | $ 0 | $ 0 |

Taxes (not deducted from wages or included in mortgage payments) (specify): $ 0    $ 0

Installment payments $ 0    $ 0

| | | | |
|---|---|---|---|
| Motor Vehicle | | $ 0 | $ 0 |
| Credit card (name): | N/A | $ 0 | $ 0 |
| Department store (name): | N/A | $ 0 | $ 0 |
| Other: | N/A | $ 0 | $ 0 |

Alimony, maintenance, and support paid to others    $ 0    $ 0

Regular expenses for operation of business, profession, or farm (attach detail)    $ 0    $ 0

Other (specify): N/A    $ 0    $ 0

Total monthly expenses:    $ 0    $ 0

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No  If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No  If yes, how much? $ _____N/A_____

If yes, state the person's name, address, and telephone number:

_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have been continuously incarcerated for __12__ years, am unemployed, and am unable to pay any of the costs associated with this action.

13. State the address of your legal residence.

Thomas Rice

B29636

P.O. Box 900 - Ina, IL 62846

Your daytime phone number: (___) N/A

Your age: __30__  Your years of schooling: __11(G.E.D.)__

Social Security Number: __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__

5

Date: 4/25/2007  
Time: 9:07am  
d_list_inmate_trans_statement_composite

**Big Muddy River Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 02/22/2007 thru End;   Inmate: B29636;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B29636 Rice, Thomas A.**     **Housing Unit: BMR-04-B -31**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 66.41 |
| 02/23/07 | Mail Room | 01 MO/Checks (Not Held) | 054265 | 56575176823 | Granderson, Cynthia | 20.00 | 86.41 |
| 02/27/07 | Point of Sale | 60 Commissary | 058719 | 526125 | Commissary | -36.48 | 49.93 |
| 03/07/07 | Disbursements | 88 Book | 066338 | Chk #74008 | 15909, Final Call Inc, Inv. Date: 03/01/2007 | -26.00 | 23.93 |
| 03/07/07 | AP Correction | 88 Book | 066538 | Chk #74008 Voided | 15909 - Final Call Inc | 26.00 | 49.93 |
| 03/07/07 | Disbursements | 88 Book | 066338 | Chk #74030 | 15909, Final Call Inc, Inv. Date: 03/01/2007 | -26.00 | 23.93 |
| 03/12/07 | Mail Room | 01 MO/Checks (Not Held) | 071265 | 10498893456 | Graderson, Cynthia | 50.00 | 73.93 |
| 03/14/07 | Point of Sale | 60 Commissary | 073742 | 527543 | Commissary | -44.47 | 29.46 |
| 03/16/07 | Mail Room | 01 MO/Checks (Not Held) | 075265 | 56716790944 | Rice, Willie B. | 30.00 | 59.46 |
| 03/16/07 | Payroll | 20 Payroll Adjustment | 075138 | | P/R month of 02/2007 | 13.50 | 72.96 |
| 03/28/07 | Point of Sale | 60 Commissary | 087742 | 529250 | Commissary | -38.72 | 34.24 |
| 04/02/07 | Mail Room | 01 MO/Checks (Not Held) | 092265 | 10499708171 | Granderson, Cynthia | 50.00 | 84.24 |
| 04/13/07 | Payroll | 20 Payroll Adjustment | 103138 | | P/R month of 03/2007 | 15.00 | 99.24 |
| 04/16/07 | Point of Sale | 60 Commissary | 106742 | 530659 | Commissary | -65.51 | 33.73 |
| 04/17/07 | Disbursements | 88 Donation | 107331 | Chk #74373 | 16169, Feed The Children, Inv. Date: 04/16/2007 | -7.00 | 26.73 |
| 04/17/07 | Disbursements | 80 Postage | 107331 | Chk #74474 | 16169, DOC: 523 Fund Reimburse, Inv. Date: 04/16/2007 | -.39 | 26.34 |
| 04/17/07 | Disbursements | 90 Medical Co-Pay | 107331 | Chk #74474 | 97462, DOC: 523 Fund Reimburse, Inv. Date: 03/20/2007 | -2.00 | 24.34 |
| 04/17/07 | Disbursements | 81 Legal Postage | 107331 | Chk #74474 | 97642, DOC: 523 Fund Reimburse, Inv. Date: 03/26/2007 | -1.50 | 22.84 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113265 | 10841101121 | Granderson, Cynthia | 50.00 | 72.84 |

| | |
|---|---:|
| Total Inmate Funds: | 72.84 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .78 |
| Funds Available: | 72.06 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 04/19/2007 | 99282 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| | | | | Total Restrictions: | $0.78 |

DECLARATION

I, Thomas Rice, swear under penalty of perjury that I forwarded the attached affidavit to the Clerk of the U.S. Central District Court, and mailed a copy of same to the party listed below:

Mary A. Fleming
Assistant Attorney General
State of Illinois
100 W. Randolph
Chicago, IL 60601

Date: May 15, 2007

*Thomas Rice* (signature)
Thomas Rice
B29636
BMRCC
P.O. Box 900
Ina, IL 62846