**E-FILED**
Tuesday, 26 June, 2007  01:03:46 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 04-3019 |
| ROY BRADFORD, Warden, Big Muddy River Correctional Center, | ) ) ) | The Honorable |
| Respondent. | ) ) ) | Jeanne E. Scott, Judge Presiding. |

## MOTION FOR SUBSTITUTION OF COUNSEL

Respondent, Roy Bradford, by his attorney, Lisa Madigan, Attorney General of

Illinois, respectfully requests substitution of Anne S. Bagby, Assistant Attorney

General, for Mary A. Fleming, as counsel in the above-captioned case.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:    /s/ ANNE S. BAGBY
       ANNE S. BAGBY
       Assistant Attorney General
       100 West Randolph Street, 12th Floor
       Chicago, Illinois 60601
       PHONE:  (312) 814-8811
       FAX: (312) 814-2253
       E-MAIL:  abagby@atg.state.il.us
       Atty. Reg. No. 6243847

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THOMAS RICE, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 04-3019 |
| ROY BRADFORD, Warden, Big Muddy River Correctional Center, | ) ) ) | The Honorable Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for

ROY BRADFORD, Respondent

Date: June 26, 2007

s/  ANNE S. BAGBY
Signature

ANNE S. BAGBY
Print Name

100 W. Randolph Street, 12th Floor
Address

Chicago, IL, 60601
City, State, Zip Code

(312) 814-8811
Phone Number

(312) 814-2253
Fax Number

abagby@atg.state.il..us
E-Mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I electronically filed this motion of substitution of counsel and appearance with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the notice to the following non-CM/ECF participant:

Thomas Rice, #B29636
Big Muddy River Correctional Center
P.O. Box 900
Ina, Illinois 62846

LISA MADIGAN
Attorney General of Illinois

BY:    /s/ ANNE S. BAGBY
ANNE S. BAGBY
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE:  (312) 814-8811
FAX: (312) 814-2253
E-MAIL:  abagby@atg.state.il.us
Atty. Reg. No. 6243847