# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 8, 2007
Decided August 23, 2007

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 07-1583

| | |
|---|---|
| THOMAS RICE,<br>    *Petitioner-Appellant,*<br><br>*v.*<br><br>ROY BRADFORD,<br>    *Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 04 C 3019<br><br>Jeanne E. Scott,<br>*Judge.* |

## O R D E R

Thomas Rice has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED.

CERTIFIED COPY
A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.