# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   September 14, 2007

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        U.S. Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Clerk of the Court

RE:     07-1583
        Rice, Thomas v. Bradford, Roy
        04 C 3019, Jeanne E. Scott, Judge

        Herewith is the mandate of this court in this appeal, along
        with the Bill of Costs, if any.  A certified copy of the
        opinion/order of the court and judgment, if any, and any
        direction as to costs shall constitute the mandate.

        [ ] No record filed
        [X] Original record on appeal consisting of:

ENCLOSED:                                              TO BE RETURNED AT LATER DATE:
        [3]     Volumes of pleadings                   [ ]
        [ ]     Volumes of loose pleadings             [ ]
        [ ]     Volumes of transcripts                 [ ]
        [ ]     Volumes of exhibits                    [ ]
        [ ]     Volumes of depositions                 [ ]
        [ ]     In Camera material                     [ ]
        [ ]     Other_____     [ ]

                _____
                Record being retained for use          [ ]
                in Appeal No. _____

        Copies of this notice sent to:           Counsel of record
        [ ]     United States Marshal
        [ ]     United States Probation Office

NOTE TO COUNSEL:
        If any physical and large documentary exhibits have been filed in
        the above-entitled cause, they are to be withdrawn ten days from the
        date of this notice.  Exhibits not withdrawn during this period will
        be disposed of.

        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        Received above mandate and record, if any, from the Clerk, U.S.
        Court of Appeals for the Seventh Circuit
                                                 s/ B. Hansen
Date: _____9-18-07_____                          _____
(1071-120397)                                    Deputy Clerk, U.S. District Court

*FILED
SEP 18 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS*